IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA :

    Plaintiff : Case No. 3:16-CR-135 (3)

    vs. : HONORABLE WALTER H. RICE

KARAS, Taylor :

    Defendant :

---

### ORDER AMENDING BOND CONDITIONS

---

For good cause shown, the Court hereby amends the bond conditions filed in this matter on October 24, 2016 and adds the following condition:

    *1. Not to use alcohol at all.*

All other bond conditions remain in full force and effect.

Date: 3-19-18

    HONORABLE WALTER H. RICE
    UNITED STATES DISTRICT JUDGE