IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                              Case No.   3:16cr135(3)

TAYLOR KARAS,                JUDGE WALTER H. RICE

    Defendant.

---

ORDER ON MOTION FOR SENTENCE REDUCTION UNDER
18 U.S.C. § 3582(c)(1)(A) (COMPASSIONATE RELEASE) (DOC. #163)

---

Upon motion of the defendant for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A) (Doc. #163), IT IS ORDERED that the motion is DENIED WITHOUT PREJUDICE because the defendant has not exhausted all administrative remedies as required in 18 U.S.C. § 3582(c)(1)(A), nor have 30 days lapsed since receipt of the defendant's request by the warden of the defendant's facility.

July 20, 2021

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE